■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS TAYLOR, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on October 10, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v*

*Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM PARTLOW, Appellant.—Judgment, Supreme Court, Bronx County (Solomon Katz, J.), rendered on July 24, 1984, unanimously affirmed.